# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BOHR ROOFING, INC. | § | Case No. 13-04029 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on          . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Elizabeth C. Berg_____
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1 - BOHR ROOFING, INC
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit A

| Case No: | 13-04029 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
| Case Name: | BOHR ROOFING, INC. | | | Date Filed (f) or Converted (c): | 02/01/13 (f) |
| | | | | 341(a) Meeting Date: | 03/11/13 |
| For Period Ending: | 07/28/14 | | | Claims Bar Date: | 06/13/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account at Chase Bank  Asset subject to blanket lien of secured lender, JPMorgan Chase | 1,041.49 | 0.00 | | 0.00 | FA |
| 2. Checking account at Castle Bank  Asset subject to blanket lien of secured lender, JPMorgan Chase | 6.00 | 0.00 | | 0.00 | FA |
| 3. Accounts Receivable  Asset subject to blanket lien of secured lender, JPMorgan Chase | 6,582.43 | 0.00 | | 0.00 | FA |
| 4. 2002 GMC Sierra C1500 Pickup | 1,500.00 | 750.00 | | 750.00 | FA |
| 5. 1994 GMC B7T042 Dump Truck | 8,000.00 | 4,000.00 | | 4,000.00 | FA |
| 6. 1997 GMC Sierra C3500 Dump Truck | 5,500.00 | 2,750.00 | | 2,750.00 | FA |
| 7. 1998 EZ Dumper Dump Trailer | 2,000.00 | 1,000.00 | | 1,000.00 | FA |
| 8. 1996 Dodge Ram 1500 | 1,500.00 | 750.00 | | 750.00 | FA |
| 9. 1985 GMC C6500 C7D042 Dump Truck | 1,000.00 | 500.00 | | 500.00 | FA |
| 10. 1990 GMC Topkick C6H042 Truck | 4,500.00 | 2,750.00 | | 2,750.00 | FA |
| 11. 1986 GMC C3500 Stake Truck | 500.00 | 250.00 | | 250.00 | FA |
| 12. 2008 GMC Sierra K1500 Pickup | 15,000.00 | 8,250.00 | | 8,250.00 | FA |

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*  Ver: 18.00b

FORM 1 - BOHR ROOFING, INC.
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 13-04029 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg |
| --- | --- | --- | --- | --- | --- |
| Case Name: | BOHR ROOFING, INC. | | | Date Filed (f) or Converted (c): | 02/01/13 (f) |
| | | | | 341(a) Meeting Date: | 03/11/13 |
| | | | | Claims Bar Date: | 06/13/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. Various machinery including 2 fork trucks, air com  Asset subject to blanket lien of secured lender, JPMorgan Chase | 15,000.00 | 0.00 | | 0.00 | FA |
| 14. Inventory on hand | 2,000.00 | 0.00 | | 0.00 | FA |
| 15. Insurance Refund (u)  Asset subject to blanket lien of secured lender, JPMorgan Chase | 0.00 | 0.00 | | 962.94 | FA |
| 16. Interest from State Under Prompt Payment Act (u)  Interest penalty for Invoice #5814 dated 9/17/12 | Unknown | 32.70 | | 32.70 | FA |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $64,129.92 | $21,032.70 | | $21,995.64 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee analyzed secured creditor's lien against debtor's assets used in the operation of the business. Upon completion
of analysis, Trustee determined lien was unperfected as to vehicles. Trustee sold fleet of vehicles to the principal's
son pursuant to a court order and collected $21,000 in proceeds. Trustee rejected the debtor's lease and abandoned the
remainder of the personal property. Trustee reviewed debtor's claims and are preparing tax returns. Upon completion of
tax returns, Trustee plans to file her final report and distribute funds to creditors.

Initial Projected Date of Final Report (TFR): 03/31/14      Current Projected Date of Final Report (TFR): 03/31/14

**FORM 1 - BOHR ROOFING, INC**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| | | |
|---|---|---|
| Case No: | 13-04029    DRC    Judge: DONALD R. CASSLING | Trustee Name:    Elizabeth C. Berg |
| Case Name: | BOHR ROOFING, INC. | Date Filed (f) or Converted (c):    02/01/13 (f) |
| | | 341(a) Meeting Date:    03/11/13 |
| | | Claims Bar Date:    06/13/13 |

/s/    Elizabeth C. Berg
_____    Date: 07/28/14
    ELIZABETH C. BERG

FORM 2                                                                                                                                        Page: 1
**BOHR ROOFING, INC.**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                                                             Exhibit B

| Case No: | 13-04029 -DRC | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | BOHR ROOFING, INC. | Bank Name: | Associated Bank |
|  |  | Account Number / CD #: | *******5943 Checking Account |
| Taxpayer ID No: | *******4901 |  |  |
| For Period Ending: | 07/28/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 12/20/13 |  | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 20,675.41 |  | 20,675.41 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 20,675.41 | 0.00 | 20,675.41 |
| Less: Bank Transfers/CD's | 20,675.41 | 0.00 |
| Subtotal | 0.00 | 0.00 |
| Less: Payments to Debtors |  | 0.00 |
| Net | 0.00 | 0.00 |

Page Subtotals      20,675.41            0.00

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 13-04029 -DRC | Trustee Name: | Elizabeth C. Berg |
| --- | --- | --- | --- |
| Case Name: | BOHR ROOFING, INC. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0221 Checking Account |
| Taxpayer ID No: | *******4901 | | |
| For Period Ending: | 07/28/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/05/13 | 5 | Justin & Jenae Bohr<br>219 Delia Street<br>Batavia IL 60510 | Sale Proceeds - Vehicles | 1129-000 | 3,000.00 | | 3,000.00 |
| 03/05/13 | * NOTE * | BMO Harris Bank, N.A.<br>Chicago, IL | Sale Proceeds - Vehicles<br>* NOTE * Properties 4, 5, 6, 7, 8, 9, 10, 11, 12 | 1129-000 | 18,000.00 | | 21,000.00 |
| 03/28/13 | 15 | AMCO Insurance Compnay<br>c/o A.F. Chrissie & Company, Agent<br>700 Higgins Road Suite 320<br>Des Plaines, IL | Insurance Refund | 1229-000 | 962.94 | | 21,962.94 |
| 03/29/13 | 001001 | c/o: Richard W. Talmon<br>JP Morgan Chase Bank, NA<br>201 N. Central Avenue, Floor 7, AZ1-1004<br>Phoenix, AZ 85004-0073 | Lien on Machinary, etc<br>FBO Bohr Roofing, Inc - Account Ending in 50004 | 4220-000 | | 962.94 | 21,000.00 |
| 04/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Mar 13 | 2600-000 | | 18.80 | 20,981.20 |
| 05/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Apr 13<br>Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 | | 21.80 | 20,959.40 |
| | | | Page Subtotals | | 21,962.94 | 1,003.54 | |

FORM 2                                                                                          Page: 3
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit B

| Case No: | 13-04029 -DRC | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | BOHR ROOFING, INC. | Bank Name: | Congressional Bank |
|  |  | Account Number / CD #: | *******0221 Checking Account |
| Taxpayer ID No: | *******4901 |  |  |
| For Period Ending: | 07/28/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/04/13 |  | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - May 13 | 2600-000 |  | 22.26 | 20,937.14 |
| 07/05/13 |  | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - June 13 | 2600-000 |  | 21.51 | 20,915.63 |
| 10/02/13 | 16 | State of Illinois<br>Judy Barr Topinka, Comptroller | Prompt Payment Interest Penalty | 1290-000 | 32.70 |  | 20,948.33 |
| 10/04/13 | 001002 | Nicor Gas<br>P.O. Box 5407<br>Carol Stream  IL  60197 | 1/2 Payment of Nicor Bill<br>Order dated October 3, 2013, authorizing Trustee to pay 1/2 of Nicor Bill | 2420-000 |  | 272.92 | 20,675.41 |
| 12/20/13 |  | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 |  | 20,675.41 | 0.00 |

Page Subtotals        32.70        20,992.10

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*                                                    Ver: 18.00b
LFORM24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 13-04029 -DRC | | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|---|
| Case Name: | BOHR ROOFING, INC. | | | Bank Name: | Congressional Bank |
| | | | | Account Number / CD #: | *******0221 Checking Account |
| Taxpayer ID No: | *******4901 | | | | |
| For Period Ending: | 07/28/14 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 21,995.64 | 21,995.64 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 20,675.41 | |
| | | | Subtotal | | 21,995.64 | 1,320.23 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 21,995.64 | 1,320.23 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********5943 | 0.00 | 0.00 | 20,675.41 |
| Checking Account - ********0221 | 21,995.64 | 1,320.23 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 21,995.64 | 1,320.23 | 20,675.41 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Ver: 18.00b

LFORM24

| Page 1 | | EXHIBIT C - BOHR<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 28, 2014 |
|---|---|---|---|---|---|---|

Case Number:   13-04029  
Debtor Name:   BOHR ROOFING, INC.                Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $5,975.46 | $0.00 | $5,975.46 |
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $2,946.56 | $0.00 | $2,946.56 |
| 001<br>3410-00 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago IL 60601 | Administrative | | $2,136.00 | $0.00 | $2,136.00 |
| 999<br>2420-00 | Nicor Gas<br>P.O. Box 5407<br>Carol Stream IL 60197 | Administrative | | $272.92 | $272.92 | $0.00 |
| 000001<br>043<br>5400-00 | Roofers Pension Fund<br>Librado Arreola<br>Asher Gittler & D'Alba Ltd<br>200 W Jackson Blvd Ste 1900<br>Chicago, IL 60606 | Priority | | $183,115.00 | $0.00 | $183,115.00 |
| 000002A<br>046<br>5800-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Priority | | $547.62 | $0.00 | $547.62 |
| | Case Totals: | | | $194,993.56 | $272.92 | $194,720.64 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-04029
Case Name: BOHR ROOFING, INC.
Trustee Name: Elizabeth C. Berg

Balance on hand                                                                $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ | $ | $ |
| Other: Nicor Gas | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $            must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Roofers Pension Fund | $ | $ | $ |
| 000002A | Illinois Department of Employment | $ | $ | $ |

Total to be paid to priority creditors         $_____

Remaining Balance         $_____


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE


Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE