UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re ) | Chapter 7 |
| ) | Case No. 13-04029 |
| Bohr Roofing, Inc. ) | |
| ) | Honorable Donald R. Cassling |
| ) | (Kane County) |
| Debtor. ) | Hearing Date: August 29, 2014 |
| ) | Hearing Time: 10:30 A.M. |

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION

Name of Applicant:            Elizabeth C. Berg, Trustee

Authorized to Provide
Professional Services to:     Estate

Date of Order Authorizing
Employment:                   February 1, 2013

Period for Which
Compensation is sought:       February 1, 2013 to Close of Case

Amount of Fees sought:        $2,949.56*

Amount of Expense
Reimbursement sought:         $0.00

This is an:   Interim Application __     Final Application  X

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $0.00  .

Dated:  July 31, 2014                    Elizabeth C. Berg, Trustee of the Estate of
                                         Bohr Roofing, Inc., Debtor


                                         By:    /s/Elizabeth C. Berg, Trustee
                                                Elizabeth C. Berg, Trustee

* Trustee has incurred fees in the amount of $5,290.00 for 19.6 hours of work on this case. Under Sec. 726 of the Code, Trustee is only entitled to $2,949.56 of those fees.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | 13-04029 |
| Bohr Roofing, Inc., | ) | Hon. Donald R. Cassling |
| | ) | (Kane County) |
| Debtor. | ) | Hearing Date: August 29, 2014 |
| | ) | Hearing Time: 10:30 a.m. |

**Application for Allowance and Payment of
Final Compensation of Elizabeth C. Berg, as Trustee**

Elizabeth C. Berg, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Bohr Roofing, Inc., debtor ("Debtor"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $2,949.56 as final compensation for her services rendered as trustee in this case from February 1, 2013 through the close of this case. In support thereof, Trustee states as follows:

**Introduction**

1. This case was commenced on February 1, 2013 by the filing of a voluntary petition for relief under chapter 7 of the Code.

2. Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. The assets of the estate included a fleet of eight vehicles and a trailer which were used in the ordinary course of business.

4. The bar date for filing claims in this case was June 13, 2013.

**Prior Compensation**

5. This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6. Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case except as set forth above.

**Services Rendered by Trustee**

7. Since her appointment, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the services rendered by Trustee from February 1, 2013 through the close of the case are attached hereto as Exhibit A. The services rendered by Trustee since her appointment in this case include but are not limited to the following:

A. Trustee reviewed and analyzed the Debtor's schedules of assets and liabilities and Debtor's statement of financial affairs; Trustee also conducted a section 341 meeting of creditors at which Trustee examined the Debtor's president under oath.

B. Trustee inspected the company's warehouse and the assets on the premise, researched vehicle valuations and other company equipment, and negotiated a sale of the company's vehicles to Justin Bohr, the son of the principal of the debtor;

C. Trustee reviewed the complaint filed by the Roofer's Pension Fund and the validity of their claim;

D. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

E. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

F. Trustee examined, analyzed and verified proofs of claim filed against the Estate and resolved all claim issues, either through negotiation or formal claim objection;

2

G. Trustee attended to all of the Estate's tax matters, including hiring a tax accountant and arranging for the preparation and filing of all required or appropriate tax returns for the Estate;

H. Trustee prepared the annual reports required by the United States Trustee and, as necessary, met or conferred with representatives of the Office of the U.S. Trustee regarding the administration and status of the case; and

I. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

8. Trustee has collected the sum of $21,995.64 on behalf of the Estate. Trustee has made $1320.23 in disbursements in this case as of the date hereof on account of bank fees, an allowed administrative rent expense and the turnover to Chase Bank of an insurance refund subject to Chase's secured claim.

9. A copy of the *Form 1 Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached as Exhibits A and B of the Trustee's Final Report which is filed simultaneously herewith.

### Compensation Requested

10. During the period covered by this Application, Trustee has spent 19.60 hours rendering services on behalf of this Estate with a value of $5,290.00. Trustee estimates that she will spend an additional three (3) hours rendering services with a value of $650.00 to obtain approval of the final report, make a final distribution to creditors, and prepare and file her final account.

11. The maximum compensation allowable to Trustee pursuant to section 726 of the Code, based upon the receipts and disbursements listed above, is as follows:

3

| | |
|---|---|
| 25% of the first $5,000 | $1,250.00 |
| 10% of the next $45,000 | <u>$1,699.56</u> |
| Total allowable compensation | $ 2,949.56 |

12.    Based upon the caliber of the services rendered by Trustee, the results achieved in this case, and the efficiency of administration, Trustee requests allowance and payment of final compensation for her services rendered as trustee from February 1, 2013 through the closing of the case in the amount of $2,949.56. This amount represents reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

13.    After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds available to make a partial distribution to the sole priority unsecured creditor, the Roofer's Pension Fund.

14.    An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Elizabeth C. Berg, as trustee, is attached hereto as Exhibit B.

15.    Trustee requests that the compensation requested herein be paid from the Estate funds in her possession.

### Status of the Case

16.    The Trustee has liquidated or abandoned all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

17.    Trustee has completed and filed her Final Report simultaneously herewith. Final fee applications for the Trustee's attorneys and accountants are being filed concurrently herewith.

4

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Bohr Roofing, Inc., debtor, requests the entry of an order providing the following:

A. Allowing to Trustee final compensation in the amount of $2,949.56 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from February 1, 2013 through the closing of this case ; and

B. Authorizing Trustee to pay the amounts allowed from the Estate funds held by Trustee as part of her final distribution in this case; and

C. For such other and further relief as this Court deems appropriate.

Dated:  June 2, 2014  Elizabeth C. Berg, as trustee of the estate of Bohr Roofing, Inc., debtor


By:___/s/ Elizabeth C. Berg, as trustee___
Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street, Suite 200
Chicago, IL  60602
(312) 726-8150

5

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg & Wallace, Ltd.**
20 N. Clark Street
Suite 200
Chicago, IL 60602

Phone: (312) 726-8150
Fax:   (312) 470-6323

FEIN: 36-4352753

**Invoice submitted to:**

December 26, 2013
Invoice No:   02370

Elizabeth C. Berg
Baldi Berg & Wallace
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

**In Reference to:**   *Bohr Roofing - Trustee Matters*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 2/07/2013 | ECB | Travel to company warehouse in West Chicago, meet with principal Bob Bohr and conduct initial inspection of vehicles and warehouse | 1.30<br>$325.00/ hr | $422.50 |
| 2/08/2013 | ECB | Confer with JMM re research on truck valuations (.2) Negotiate sale of vehicles back to debtor with counsel J. Greene (.3) Email to bank representative re intention to abandon M & E (.2) | 0.70<br>$325.00/ hr | $227.50 |
| 2/12/2013 | ECB | TC with Richard Talmon at JP Morgan Chase Bank re proposed sale of vehicle fleet and TR's abandonment of remaining personal property | 0.20<br>$325.00/ hr | $65.00 |
| 2/13/2013 | ECB | Review schedules re Roofers claim (.1) Obtain docket and complaint in Roofers case and review same (.5) | 0.60<br>$325.00/ hr | $195.00 |
| 2/22/2013 | ECB | Initial review of documents turned over by Debtor and arrange for inventory of same | 0.30<br>$325.00/ hr | $97.50 |
| 2/26/2013 | ECB | Extended TC to AT&T to cancel Internet service (.3) TC to Allied Insurance Company to cancel auto & business policies (.1) | 0.40<br>$325.00/ hr | $130.00 |

**Baldi Berg & Wallace, Ltd**  12/26/2013

Bohr Roofing - Trustee Matters  Page  2

| Date | Atty | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 3/04/2013 | ECB | Execute sale on individual Certificates of Title (.3) Emails to confirm closing (.2) Prep closing dox for delivery (.2) Travel to Wheaton and conduct closing on vehicle sale (1.5) | 2.20<br>$325.00/ hr | $715.00 |
| 3/05/2013 | JMM | Open new bank account (.1), Import Properties into TCMS (.1), Determine value for vehicles per settlement (.3), Deposit and allocate checks into TCMS (.1), Send Checks via FedEx to Congressional (.1) | 0.70<br>$175.00/ hr | $122.50 |
| 3/06/2013 | ECB | Confer with Counsel re results of preference review | 0.10<br>$325.00/ hr | $32.50 |
| 3/07/2013 | ECB | Email to and from Bob Bohr re utility service termination | 0.20<br>$325.00/ hr | $65.00 |
| 3/27/2013 | ECB | Receive insurance premium from AMCO and correspond with JP Morgan Chase re disposition of same | 0.20<br>$325.00/ hr | $65.00 |
| 3/28/2013 | ECB | Correspond with Chase Bank re deposit of insurance refund and delivery to bank (.2) Research and identify insurance agency and policies involved (.1) | 0.30<br>$325.00/ hr | $97.50 |
| 3/28/2013 | JMM | Deposit Check into TCMS (.1), Send check to Congressional via Fed Ex (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 3/29/2013 | ECB | Email to Chase and make arrangements to send check in consideration of insurance premium refund | 0.10<br>$325.00/ hr | $32.50 |
| 4/05/2013 | ECB | Open and approve March 2013 bank statements | 0.10<br>$325.00/ hr | $32.50 |
| 4/05/2013 | JMM | Process March 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |

**Baldi Berg & Wallace, Ltd**                                        12/26/2013

Bohr Roofing - Trustee Matters                                       Page    3

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 4/26/2013 | ECB | Exchange emails with Justin and Bob Bohr to confirm removal of motor vehicles from leased premises | 0.20 $325.00/ hr | $65.00 |
| 5/08/2013 | ECB | Open and approve Apr 13 bank statements; Update TR database to post monthly activity | 0.20 $325.00/ hr | $65.00 |
| 5/08/2013 | ECB | Review claim filed by Roofers Union | 0.20 $325.00/ hr | $65.00 |
| 5/10/2013 | JMM | Process April 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $175.00/ hr | $35.00 |
| 6/21/2013 | JMM | Process May 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $175.00/ hr | $35.00 |
| 6/27/2013 | ECB | Review May 13 bank statements and approve bank reconciliation | 0.10 $325.00/ hr | $32.50 |
| 7/17/2013 | ECB | Open and review June 13 bank statement | 0.10 $325.00/ hr | $32.50 |
| 7/18/2013 | JMM | Update trustee database and post monthly bank service fee (.1), Process June 2013 Bank Statement (.1), Reconcile Trustee Bank Account (.1) | 0.30 $175.00/ hr | $52.50 |
| 7/19/2013 | ECB | TC with Estate's bank representative to advise of case closing and discuss terminating bank fees | 0.10 $325.00/ hr | $32.50 |
| 7/24/2013 | JMM | Perform Trustee's Quarterly Review under UST Guidelines and update notes in TCMS (.1) | 0.10 $175.00/ hr | $17.50 |
| 8/12/2013 | ECB | Open and review July '13 bank statements | 0.10 $325.00/ hr | $32.50 |
| 8/14/2013 | JMM | Process July 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20 $175.00/ hr | $35.00 |

**Baldi Berg & Wallace, Ltd**                                            12/26/2013

Bohr Roofing - Trustee Matters                                       Page    4

| Date | Initials | Description | Hours / Rate | Amount |
|---|---|---|---|---|
| 9/10/2013 | ECB | Open, review and approve Aug 13 Bank Statements | 0.20<br>$325.00/ hr | $65.00 |
| 9/10/2013 | JMM | Process August 2013 Bank Statements (.1) & Reconcile Trustee Bank Account (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 9/12/2013 | ECB | Review case status and claims (.4) Review and approve administrative claims and update TR database re same (.5) Review Estate's tax reporting status (.2) TC accountant re preparation of 2012 and 2013 returns (.3) Compile instructions, background information and data for tax return preparation and transmit same to Accountant (.6) | 2.00<br>$325.00/ hr | $650.00 |
| 9/12/2013 | ECB | Email to principal of Debtor, Bob Bohr, regarding case status and outstanding issues relating to taxes and utility bills | 0.30<br>$325.00/ hr | $97.50 |
| 9/20/2013 | ECB | confer with counsel re prep of motion to pay admin expense | 0.10<br>$325.00/ hr | $32.50 |
| 9/20/2013 | ECB | Extended TC with Harris & Harris, collection attorneys for Nicor Gas, regarding allowance of portion of bill as administrative expense and agreement to split payment with buyer of vehicle fleet (.4) Email to Bob and Justin Bohr re same (.2) | 0.60<br>$325.00/ hr | $195.00 |
| 10/02/2013 | JMM | Deposit State Penalty Check into TCMS (.1), Send Check to Congressional via FedEx (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 10/04/2013 | JMM | Obtain Court Order re: Authorize to Pay Nicor Bill (.1), Cut Check to Nicor Gas (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 10/10/2013 | ECB | Review email from accountant re final tax returns (.1) Send email to B. Bohr re status of 2012 returns (.1) Forward trial balance to accountant (.1) | 0.30<br>$325.00/ hr | $97.50 |

**Baldi Berg & Wallace, Ltd**                                    12/26/2013

Bohr Roofing - Trustee Matters                                    Page    5

| Date | | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/10/2013 | ECB | TC with Debtor's former accountant regarding status of prep of 2012 tax returns (.1) TC with Estate's accountant re same (.1) | 0.20<br>$325.00/ hr | $65.00 |
| 10/14/2013 | JMM | Process September 2013 Bank Statement (.1) Reconcile Bank Statement with TCMS (.1) | 0.20<br>$175.00/ hr | $35.00 |
| 10/23/2013 | ECB | TC with accountant re status of final tax return | 0.10<br>$325.00/ hr | $32.50 |
| 10/23/2013 | JMM | Review case file and docket to update current status for preparation of Trustee's Annual Reports (.2), Meet with Trustee re: case update and preparation of annual reports (.3), Compile paper and electronic reports and arrange for filing of same with Bankruptcy Court and United States Trustee (.4) | 0.90<br>$175.00/ hr | $157.50 |
| 10/28/2013 | JMM | Draft Trustee Fee Application (1.2); Prepare coversheet, proposed order and affidavit (.3); Prepare TFR (1.0); and NFR (.4); Review and edit Trustee Final Report package (.5) | 3.40<br>$175.00/ hr | $595.00 |
| 11/01/2013 | ECB | Review, approve and sign 2012 and 2013 tax returns | 0.50<br>$325.00/ hr | $162.50 |
| 11/08/2013 | ECB | Final review of tax returns; Execute transmittals for prompt determination letters | 0.30<br>$325.00/ hr | $97.50 |
| 12/10/2013 | ECB | Open and approve Sept 2013 Bank Statements | 0.10<br>$325.00/ hr | $32.50 |

|  |  |
|---|---|
| Total Fees | $5,290.00 |
| Total New Charges | $5,290.00 |
| Previous Balance | $0.00 |
| Balance Due | $5,290.00 |

**Baldi Berg & Wallace, Ltd**  12/26/2013

Bohr Roofing - Trustee Matters  Page   6

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 12.40 | $325.00 |
| Jason M Manola | 7.20 | $175.00 |

19.60

**Trustee's Final Fee Application**  **Bohr Roofing, Inc., Debtor**
**Case No. 13-04029**

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Bohr Roofing, Inc., | ) | Case No. 12-19304 |
| | ) | |
| | ) | Honorable Donald R. Cassling |
| Debtor. | ) | (Kane County) |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois )
County of Cook )

I, Elizabeth C. Berg, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the First and Final Application for Allowance and Payment of Compensation to Elizabeth C. Berg, as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation to be received for services rendered in connection with this matter, except among the partners and associates of Baldi Berg, Ltd. a law firm at which I have been employed during the pendancy of this case. I have not previously received payment of any compensation for services rendered in connection with this case.

4. Further affiant sayeth naught.

_____
Elizabeth C. Berg

Subscribed and Sworn to before me
on June 3, 2014

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit B**