## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Bohr Roofing, Inc. | ) | Case No. 13-04029 |
| | ) | |
| | ) | Honorable Donald R. Cassling |
| Debtor. | ) | (Kane County) |
| | ) | Hearing Date: August 29, 2014 |
| | ) | Hearing Time: 10:30 a.m. |

## COVER SHEET FOR APPLICATION FOR
## PROFESSIONAL COMPENSATION

Name of Applicant:           Baldi Berg, Ltd. (formerly known as Baldi Berg & Wallace Ltd.)

Authorized to Provide
Professional Services to:     Elizabeth C. Berg, Trustee

Date of Order Authorizing
Employment:                 February 21, 2013

Period for Which
Compensation is sought:       February 6, 2013 to Close of Case

Amount of Fees sought:       $5,957.00

Amount of Expense
Reimbursement sought:        $18.46

This is an:     Interim Application __     Final Application  X

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

### Not Applicable

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: $ ___ -0- __.

Dated:  July 31, 2014                    Baldi Berg, Ltd.
                                         (formerly known as Baldi Berg & Wallace, Ltd.)


                                         By: ____/s/ Elizabeth C. Berg_____
                                                 Elizabeth C. Berg

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re                                    )        Chapter 7
                                         )        Case No. 13-04029
Bohr Roofing, Inc.,                      )        Hon. Donald R. Cassling
                                         )        Hearing Date:  August 29, 2014
                              Debtor.    )        Hearing Time:  10:30 A.M.

## Application for Allowance and Payment of Final Compensation and Reimbursement of Expenses of Baldi Berg, Ltd., Attorneys for Trustee

Baldi Berg, Ltd. ("BB") formerly known as Baldi Berg & Wallace, Ltd, attorneys for

Elizabeth C. Berg, as trustee ("Trustee") of the estate ("Estate") of Bohr Roofing, Inc., debtor

("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), requests this Court

to enter an order for the allowance and payment to BB of 1) $5,957.00 as final compensation

for 25.60 hours of legal services rendered to the Trustee from February 6, 2013 through the

close of this case; and 2) $18.46 as reimbursement of expenses incurred in connection with

such services. In support thereof, BB respectfully states as follows:

### Introduction

1.      Debtor commenced this case on February 1, 2013 by filing a voluntary

petition for relief under chapter 7 of the Code.

2.      Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7

trustee in this case.

3.      Debtor was an established roofing company which handled roofing for

residential and commercial property. At the time of filing, Debtor's assets included a fleet of

work vehicles which were used in the operation of the business.

4.      The bar date for filing claims in this case was June 13, 2013.

### Retention of BB

5.      On February 21, 2013, the Court entered an ordered authorizing Trustee to employ Elizabeth C. Berg and the law firm of BB as her counsel in this case.  A copy of the order authorizing Trustee to retain BB is attached hereto as Exhibit A.  BB has served as counsel for Trustee at all times since its retention.

6.      The professional qualifications and experience of the BB attorneys and paralegals that have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals that were primarily responsible for representing the Trustee during the period covered by this fee application are:

> Elizabeth C. Berg  - Partner
> Donna B. Wallace – Partner
> Julia D. Loper – Associate
> Ricki K. Podorovsky - Paralegal
> Jason Manola - Paralegal

### Prior Compensation Received

7.      This is the first and final application ("Application") for allowance and payment of compensation and expense reimbursement that BB will file in this case.

### Services Rendered by BB

8.      Itemized and detailed descriptions of the specific services rendered by BB to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C.  The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal.

9.      The services rendered by BB in connection with this application include

2

the following:

A.     Advising the Trustee as to general case administrative matters, investigating the Debtor's financial affairs and advising the Trustee as to the liquidation of the Estate's assets;

B.     BB compiled and drafted the necessary documents to employ counsel and accountants for the Trustee;

C.     BB researched and evaluated the debtor's assets including the vehicles, equipment, inventory, machinery, tools, and office furniture at the debtor's primary place of business;

D.     BB researched, reviewed and analyzed the UCC lien on the Debtor's assets filed by JPMorgan Chase. BB held numerous conversations with the JPMorgan Chase regarding the bank's collateral and lien on the debtor's primary place of business;

E.     BB assisted the Trustee in negotiations with the debtor regarding the buy back of the company's vehicles. BB advised the Trustee to abandon the rest of the debtor's personal property back to the debtor;

F.     BB assisted Trustee in negotiations of the debtor's outstanding administrative expenses that related to the debtor's primary place of business;

G.     BB conducted a preference review of the Debtor's business transactions;

In connection with the foregoing, BB spent 25.60 hours for which its requests allowance and payment of final compensation in the amount of $5,957.00.

### Compensation Requested

10.     BB has expended a total of 25.60 hours for the services described and categorized in paragraph nine above.  The total value of and the amount of compensation requested herein for those services is $5,957.00

3

11.     All of the services performed by BB were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by BB at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of BB's services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by BB for which compensation is requested. In those instances where two or more attorneys participated in any matter, such joint participation was necessary due to the complexity of the issues involved.

12.     The rates charged by the attorneys and paralegals of BB in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit C.

### Expense Reimbursement Requested

13.     During the period covered by this Application, BB incurred expenses in the amount of $18.46 in connection with its representation of Trustee for which it now requests reimbursement. Expenses were incurred for copies of Motions and postage to the mail those Motions. The expenses have been recorded and are set forth on the billing statements attached hereto as Exhibit C.

### Payment of Compensation

14.     BB has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by BB for services rendered to the Trustee in connection with this case.

4

15.  BB has not previously received or been promised any payments for services rendered in this case.

16.  The Affidavit of Elizabeth C. Berg pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

17.  The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by her during her administration of this case.

### Status of the Case

18.  The Trustee has administered all of the assets belonging to this Estate and completed her review and analysis of the claims filed against the Estate.

19.  Trustee has completed and filed her Final Report simultaneously herewith. Final fee applications for the Trustee and the Trustee's attorneys have also been filed concurrently with this Application.

### Financial Condition of the Case

20.  Trustee currently has approximately $20,675.41 on deposit in the Estate's bank accounts. The chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with her final fee application, 2) the legal fees and expenses allowed to BB in connection with this final fee application, 3) the fees and expenses allowed to Trustee's accountants and 4) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

21.  Following payment of all chapter 7 administrative expenses set forth above, Trustee estimates there will be sufficient funds available to make a partial distribution to the sole priority unsecured creditor, the Roofer's Pension Fund.

5

## Trustee's Approval

22.     BB certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, BB, attorneys for Elizabeth C. Berg, as trustee, requests the entry of an order providing the following:

A.     Allowing to BB final compensation in the amount of $5,957.00 for actual and necessary professional services rendered to the Trustee from February 6, 2013 through the closing of this case;

B.     Allowing to BB reimbursement of $18.46 for expenses incurred in connection with the foregoing services; and

C.     For such other and further relief as this Court deems appropriate.

Dated:  June 2, 2014                    Baldi Berg, Ltd.

Attorneys for Elizabeth C. Berg, as trustee of the estate of Bohr Roofing, Inc., debtor

By:_____/s/ Elizabeth C. Berg_____
Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N.Clark St., Suite 200
Chicago IL 60602
312.726.8150

6

**Baldi Berg, Ltd.**
**Final Fee Application**

**Bohr Roofing, Inc.**
**Case No. 13-04029**

.

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   13-04029 |
| Bohr Roofing, Inc. | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Carol A. Doyle |
| | ) | Kane |
| | ) | |
| Debtor(s) | ) | |

### Order Authorizing Trustee to Employ Attorneys

THIS CAUSE comes before this Court on the Trustee's Application to Employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. as attorneys for Trustee and the supporting affidavit of Elizabeth C. Berg; due and proper notice having been provided; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Elizabeth C. Berg, as trustee of the estate of Bohr Roofing, Inc., debtor, is authorized to employ Elizabeth C. Berg and the law firm of Baldi Berg & Wallace, Ltd. to act as attorneys for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court, only upon further application.

Enter:

*Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  February 21, 2013

**Prepared by:**

Elizabeth C. Berg
Attorney ID No. 6200886
Baldi Berg & Wallace
19 S. LaSalle St., Suite 1500
Chicago, IL  60603
(312) 726-8150

**Baldi Berg, Ltd.**
**Final Fee Application**

**Bohr Roofing, Inc.**
**Case No. 13-04029**

**Professional Qualifications**

**Exhibit B**

## Baldi Berg & Wallace, Ltd.

### Elizabeth C. Berg

Elizabeth C. Berg is a partner of Baldi Berg & Wallace, a Chicago area bankruptcy boutique, and has been with the firm since its inception in April, 2000. Before her affiliation with Baldi, Berg & Wallace, Mrs. Berg worked at the Chicago law firms of Schwartz & Freeman; Rosenthal and Schanfield; and Weissman, Smolev & Pond.

Mrs. Berg has specialized in bankruptcy law since her admission to the bar in 1989 and has focused her practice in the representation of bankruptcy trustees, primarily in chapter 7 bankruptcies. Since 2010, Mrs. Berg has served on the panel of private bankruptcy trustees appointed by the Office of the United States Trustee for the Northern District of Illinois.    Prior to her graduation from law school, Mrs. Berg spent six years as a legal assistant, focusing her practice in the areas of secured transactions, mortgage lending, and corporate and bankruptcy law.

Mrs. Berg is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the National Association of Bankruptcy Trustees and the American Bankruptcy Institute.  She is also an active participant in the regional CARE program and delivers credit abuse and financial literacy presentations to area high schools.  She has also been a part-time instructor in the Paralegal Studies Department of Northwestern Business College where she taught introductory law classes to prospective legal assistants.  Mrs. Berg received her Juris Doctor from Loyola University of Chicago School of Law and her certification as a paralegal from Roosevelt University in Chicago, Illinois.  She holds a Bachelor of Arts degree from Brown University in French Language and Culture and studied at La Sorbonne and l'Université de Paris as an undergraduate.

In addition to her legal and academic pursuits, Mrs. Berg has been active in her hometown of Glen Ellyn, Illinois, serving as a Girl Scout Leader for nine years and volunteering in a variety of activities at her church and in the local schools.

## Baldi Berg & Wallace, Ltd.

### Donna B. Wallace

Donna B. Wallace is a Partner of the firm whose expertise is in representing debtors, creditors and trustees in chapter 7, 11 and 13 proceedings. Prior to attaining her law degree, Mrs. Wallace spent fourteen years in Accounting and Finance with Rockwell International. In her last position with Rockwell, Mrs. Wallace was a Business Segment Controller where she supervised a joint venture with a Japanese Company. After graduating from law school, Mrs. Wallace joined the Bankruptcy Group at Rosenthal and Schanfield; she later joined the firm of Rathje Woodward Dyer and Burt in Wheaton, Illinois where she concentrated in bankruptcy and commercial litigation.

Mrs. Wallace is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a certified mediator and arbitrator.

Mrs. Wallace received her Juris Doctor, *with highest distinction,* from The John Marshall Law School in Chicago. At John Marshall, she received the Wall Street Journal Business Planning Award, was a member of the Law Review which published her comment on the topic of lenders liability and was elected to the Order of John Marshall. Mrs. Wallace received an undergraduate degree in Economics and a Masters Degree in Business Administration.

Mrs. Wallace has served as a part-time member of the accounting and law faculties at various colleges including College of DuPage, MacCormac College, and Roosevelt University and was Associate Professor of Paralegal Studies at Northwestern Business College prior to joining the firm.

## Baldi Berg & Wallace, Ltd.

### Julia D. Loper

Julia D. Loper is an associate with the firm and represents bankruptcy trustees and debtors in chapter 7, chapter 11, and chapter 13 bankruptcies. Ms. Loper has worked with Baldi Berg and Wallace, Ltd. since 2009. Ms. Loper also has general civil litigation experience. Ms. Loper is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Chicago Bar Association. Ms. Loper received her Juris Doctor from Michigan State College of Law and received her Bachelor of Arts degree from University of Utah in Psychology and Gender Studies.

### Ricki K. Podorovsky

Ricki K. Podorovsky is a paralegal with the firm. Ms. Podorovsky has worked with Baldi Berg & Wallace, Ltd. since 2001. Ms. Podorovsky has worked with Chapter 7 Trustees for approximately 20 years. Ms. Podorovsky received her Paralegal Certificate with honors from Roosevelt University in Chicago, Illinois. Ms. Podorovsky received her Bachelor of Arts degree from University of Iowa in Philosophy.

### Jason M. Manola

Jason M. Manola is a legal assistant with the firm. Mr. Manola has worked with Baldi Berg & Wallace, Ltd. since 2011. He is a member of the Chicago Bar Association and the DuPage County Bar Association. Mr. Manola is currently pursuing his Paralegal Certificate at the College of DuPage in Glen Ellyn, Illinois. Mr. Manola received his Bachelor of Arts degree from the University of Iowa in Sports Management and Entrepreneurship.

**Baldi Berg, Ltd.**
**Final Fee Application**

**Bohr Roofing, Inc.**
**Case No. 13-04029**

**Billing Statements**

**Exhibit C**

**Baldi Berg & Wallace, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

**Phone:** (312) 726-8150
**Fax:**   (312) 470-6323

**FEIN:** 36-4352753

*Invoice submitted to:*

December 26, 2013
Invoice No:   02371

Elizabeth C. Berg
Baldi Berg & Wallace
20 N. Clark Street
Suite 200
Chicago, ILLINOIS 60602

**In Reference to:**   *Bohr Roofing - General Administration*

**Professional Services**

| Date | Staff | Description | Hours | Charges |
|------|-------|-------------|-------|---------|
| 2/06/2013 | JMM | Review petition & schedules re: case history and estate assets (.3) Review Lexis Search on Company (.2), Draft Vehicle Inventory List for ECB's Meeting on 2/7/13 (1.0) | 1.50<br>$175.00/ hr | $262.50 |
| 2/08/2013 | JMM | Catalogue photos of vehicles (.2), Review Coffman Truck Appraisal (.2), Revise Vehicle Inventory List (.2), Review Vehicle Titles and prepare valuation of Vehicles through KBB (1.0), Consult w/ ECB re: Vehicle Offer (.1) | 1.70<br>$175.00/ hr | $297.50 |
| 2/08/2013 | RKP | Review emails from E. Berg re: motions to be drafted and background of case (.2); review case file for additional information needed to prepare motions (.3). | 0.50<br>$195.00/ hr | $97.50 |
| 2/10/2013 | RKP | Draft motion to employ popowcer (.5); draft affidavit and proposed order (.2); draft motion to employ attorneys (.6); draft affidavit and proposed order (.2); draft service list (.1). | 1.60<br>$195.00/ hr | $312.00 |
| 2/12/2013 | ECB | Review and finalize Vehicle Inventory for sale motion (.3) Revise motion for sale of vehicle fleet (.3) Email to J. Greene to confirm terms of sale (.1) | 0.70<br>$325.00/ hr | $227.50 |

# Baldi Berg & Wallace, Ltd

12/26/2013

Bohr Roofing - General Administration

Page    2

| 2/12/2013 | ECB | Review Code and annotations re abandonment of personal property which is subject to lien | 0.60<br>$325.00/ hr | $195.00 |
|---|---|---|---|---|
| 2/12/2013 | JDL | Prepare proposed order on motion to sell vehicle fleet (.2) | 0.20<br>$250.00/ hr | $50.00 |
| 2/13/2013 | ECB | Email to JP Morgan Chase Bank re proposed vehicle sale, confirmation fleet is not collateral and proposed abandonment of remaining property by Trustee (.4) | 0.40<br>$325.00/ hr | $130.00 |
| 2/21/2013 | ECB | Court appearance on Trustee's Motion to Sell | 0.20<br>$325.00/ hr | $65.00 |
| 2/21/2013 | JMM | Draft Motion to Abandon Personal Property (1.2), Order to Abandon (.2) | 1.40<br>$175.00/ hr | $245.00 |
| 2/21/2013 | JMM | Reviewed Motion to Abandon (.1), Correspond w/ ECB re: Changes (.1), Revise Motion to Abandon (.3), Revise Order (.1), Serve Motion on 7 recipients (.2) | 0.80<br>$175.00/ hr | $140.00 |
| 2/26/2013 | ECB | Responded to buyer's email re logistics and timing for closing on sale of vehicles (.1) Draft Bill of Sale for transfe of vehicles (.5) Email copies of Certificate of Title and Bill of Sale to purchaser Justin Bohr (.2) | 0.80<br>$325.00/ hr | $260.00 |
| 3/04/2013 | JMM | Review Vehicle Titles for accuracy (.1), Prepare Bank Request Form (.1), Email Bank Request Form to Congressional (.1) | 0.30<br>$175.00/ hr | $52.50 |
| 3/05/2013 | DBW | Conduct preference review on company's business transactions (2.10), Draft Memo to Trustee re: Preference Review Findings (.3) | 2.40<br>$350.00/ hr | $840.00 |
| 3/29/2013 | JMM | Cut Check re: Insurance Refund (.1), Draft Letter to Chase Bank re: Insurance Refund Check (.3) | 0.40<br>$175.00/ hr | $70.00 |

# Baldi Berg & Wallace, Ltd

12/26/2013

Bohr Roofing - General Administration

Page   3

| | | | | |
|---|---|---|---|---|
| 4/25/2013 | ECB | TC's with Katherine Cushing from McConnaghay Properties re status of lease and disposition of personal property (.4) TC with Richard Tallman at Chase Bank re status of disposition of bank's collateral and use of premises to lodge same (.2)  Review court orders to sell and to abandon and review section 365 re status of lease obligations (.2) TC with debtor's counsel re same (.1) Email to former owner and buyer of vehicles to confirm removal of same from premises (.2) | 1.10<br>$325.00/ hr | $357.50 |
| 5/06/2013 | ECB | TC with Debtor's counsel, T. Springer, re consent to use of Bohr Roofing name by successor entity | 0.10<br>$325.00/ hr | $32.50 |
| 5/09/2013 | ECB | TC with R. Talmon at Chase Bank re potential sale of bank's collateral to J. Bohr (.1) Prep and send Trustee's photos of same (.2) | 0.30<br>$325.00/ hr | $97.50 |
| 5/13/2013 | RKP | Research regarding allowance of claim for withdrawal liability | 1.60<br>$195.00/ hr | $312.00 |
| 5/15/2013 | ECB | Respond to email from Chase Bank re Trustee's photos of bank collateral (.1) Review and respond to email from purchaser of vehicles regarding basis for sales price (.2) Additional emails from Chase re failure to receive photos (.2)  Convert and resend all photos to bank (.5) | 1.00<br>$325.00/ hr | $325.00 |
| 5/15/2013 | RKP | Email to E. Berg re: allowance of claims for withdrawal liability | 0.40<br>$195.00/ hr | $78.00 |
| 5/21/2013 | JMM | Review ECB email re: pictures (.1), Draft emails to Talmor & Justin Bohr re: Appraisal Pics (.4), | 0.50<br>$175.00/ hr | $87.50 |
| 5/22/2013 | ECB | TC with Katherine Cushing of McConnaghay re issue with bank and disposal of collateral (.1) TC counsel for debtor (.1) and email to bank (.2) re potential solution of same | 0.40<br>$325.00/ hr | $130.00 |

# Baldi Berg & Wallace, Ltd

12/26/2013

Bohr Roofing - General Administration

Page  4

| Date | | Description | Hours | Charges |
|---|---|---|---|---|
| 5/23/2013 | ECB | Respond to bank's email regarding post-petition rent (.1) TC to leasing to advise of same (.1) | 0.20 $325.00/ hr | $65.00 |
| 9/25/2013 | JDL | Draft motion to pay administrative expenses to Nicor Gas. | 1.20 $250.00/ hr | $300.00 |
| 9/27/2013 | JMM | Reviewed Trustee & Atty Bills for errors (.3), Rearrange entries into correct categories (.6) | 0.90 $175.00/ hr | $157.50 |
| 10/07/2013 | JMM | Draft Letter to Harris & Harris re: 1/2 payment of Nicor Bill (.7) | 0.70 $175.00/ hr | $122.50 |
| 11/11/2013 | JMM | Prepare BBW Fee Application (1.6); Coversheet, Proposed Order and Affidavit (.4); Prepare accountant's final fee application, affidavit and order (1.1) Review and edit same (.6) | 3.70 $175.00/ hr | $647.50 |

Total Fees  $5.957.00

## Expenses

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 2/14/2013 | Motion to Sell - 7 copies @ 7pgs each = 49 pages x $.10 = $4.90 | 1.00 @ /each | $4.90 |
| 2/14/2013 | Motion to Sell & (2) Motions to Employ sent to 1 recipients @ $1.52/each & Motion to Sell sent to 6 recipients @ $1.12/each = | 1.00 @ /each | $8.24 |
| 2/21/2013 | Motion to Abandon (3 pgs x $.10) = $.30 x 7 Recipients = | 1.00 @ /each | $2.10 |
| 2/21/2013 | Motion to Abandon sent to 7 recipients ($.46 x 7) = | 1.00 @ /each | $3.22 |

Total Expenses  $18.46

Total New Charges  $5,975.46

# Baldi Berg & Wallace, Ltd

12/26/2013

Bohr Roofing - General Administration

Page    5

|                     | Previous Balance | $0.00      |
|---------------------|------------------|------------|
|                     | Balance Due      | $5,975.46  |

## Timekeeper Summary

| Name               | Hours | Rate     |
|--------------------|-------|----------|
| Donna B Wallace    | 2.40  | $350.00  |
| Elizabeth C Berg   | 5.80  | $325.00  |
| Julia D Loper      | 1.40  | $250.00  |
| Jason M Manola     | 11.90 | $175.00  |
| Ricki K Podorovsky | 4.10  | $195.00  |

*25.60* (handwritten)

**Baldi Berg, Ltd.**
**Final Fee Application**

**Bohr Roofing, Inc.**
**Case No. 13-04029**

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 13-04029 |
| Bohr Roofing, Inc. | ) | Hon. Donald R. Cassling |
| | ) | |
| Debtor. | ) | |

**Rule 2016 Affidavit**

State of Illinois)
County of Cook)

I, Elizabeth C. Berg , being first duly sworn upon oath, do depose and state as follows:

1. I am a shareholder of Baldi Berg, Ltd. (formerly known as Baldi Berg & Wallace, Ltd.) and am authorized to execute this affidavit on behalf of Baldi Berg, Ltd.

2. I have read the First and Final Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Baldi Berg, Ltd., ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Baldi Berg, Ltd., has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3. A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4. Baldi Berg, Ltd., has not previously received payment of any compensation for services rendered in connection with this case. Baldi Berg, Ltd., has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Baldi Berg, Ltd.,.

5. Further affiant sayeth naught.

Elizabeth C. Berg

Subscribed and sworn to before me
on June _3_ , 2014

Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit D**