UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Bohr Roofing, Inc., | ) | Case No. 13-04029 |
| | ) | (Kane County) |
| Debtor. | ) | Hon. Donald R. Cassling |
| | ) | Hearing Date: August 29, 2014 |
| | ) | Hearing Time: 10:30 a.m. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:            Popowcer Katten, Ltd.

Authorized to Provide
Professional Services as:     Accountants to Elizabeth C. Berg, Trustee

Date of Order Authorizing
Employment:                   February 21, 2013

Period for Which
Compensation is sought:       February 21, 2013 through Close of Case

Amount of Fees sought:        $2,136.00

Amount of Expense
Reimbursement sought:         $0.00

This is an:    Interim Application __     Final Application  _X_

If this is **not** the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | Not Applicable | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is:  $ ____-0-___.

Dated: July 31, 2014                         Popowcer Katten, Ltd.

                                             By:  /s/ Elizabeth C. Berg, Trustee
                                                  Elizabeth C. Berg, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Bohr Roofing, Inc., | ) | Case No. 13-04029 |
| | ) | (Kane County) |
| Debtor. | ) | Hon. Donald R. Cassling |
| | ) | Hearing Date: August 29, 2014 |
| | ) | Hearing Time: 10:30 A.M. |

**Trustee's First and Final Application for Allowance and Payment of Compensation of Popowcer Katten, Ltd., Accountants for Trustee**

Elizabeth C. Berg, as trustee ("Trustee") of the estate ("Estate") of Bohr Roofing, Inc., debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), requests this Court to enter an order for the allowance and payment to Popowcer Katten, Ltd. ("Popowcer") of $2,136.00 as final compensation for professional services rendered to the Trustee from February 21, 2013 through the close of this case. In support thereof, Trustee respectfully states as follows:

### Introduction

1.  Debtors commenced this case on February 1, 2013 by filing a voluntary petition for relief under chapter 7 of the Code.

2.  Elizabeth C. Berg is the duly appointed, qualified and acting chapter 7 trustee in this case.

3.  The bar date for filing claims in this case was June 13, 2013.

### Retention of Popowcer

4.  On February 21, 2013, this Court authorized the Trustee to employ Popowcer as her accountants in this case. A copy of the retention order is attached hereto as Exhibit A.

**Prior Compensation Received**

5.      This is the first and final application for compensation that Popowcer will file in this case.

**Services Rendered by Popowcer**

6.      <u>Preparation of Estate Tax Returns</u>:  The services rendered by Popowcer have been in connection with the preparation of the Estate's tax returns for the year ending October 31, 2013. In connection with the tax returns filed with the Internal Revenue Service and the Illinois Department of Revenue, Popowcer prepared working papers and prepared all returns and supporting schedules.

In connection with the foregoing services, Popowcer performed 8.90 hours of service to the Trustee.  The total value of the services performed is $2,136.00.  An itemized description of the services rendered to Trustee is set forth on the invoice attached hereto as Exhibit B.

7.      All of the services performed by Popowcer were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by Popowcer at the request and direction of the Trustee.

**Request for Payment of Compensation**

8.      Popowcer has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by Popowcer for services rendered to the Trustee in connection with this case.

9.      Popowcer has not previously received payment of any compensation for services rendered in connection with this case.  The affidavit of Lois West in support of this Application is attached as Exhibit C.

2

10. The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by her during her administration of this case.

### Status of the Case

11. Trustee has administered all of the assets belonging to this Estate and has completed her review and analysis of the claims filed against the Estate.

12. Trustee has completed and filed her Final Report simultaneously herewith. Final fee applications for the Trustee and Trustee's attorneys have also been filed concurrently with this Application.

### Financial Condition of the Case

13. Trustee currently has approximately $20,675.41 on deposit in the Estate's bank account. The chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with her final fee application, 2) the legal fees allowed to Baldi Berg, Ltd. in connection with its final fee application, 3) the fees allowed to Popowcer in connection with this final fee application, and 4) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

14. Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates that there will be sufficient funds available to make a partial distribution to the sole priority unsecured creditor, the Roofer's Pension Fund.

WHEREFORE, Elizabeth C. Berg, as trustee of the Estate of Bohr Roofing, Inc., debtor, requests the entry of an order providing the following:

A. Allowing to Popowcer final compensation in the amount of $2,136.00 for actual and necessary professional services rendered to the Trustee from February 21, 2013 through the close of this case;

3

      B.    Authorizing the Trustee to pay the amount awarded as part of her final distribution in this case from the funds on hand in the Estate; and

      C.    For such other and further relief as this Court deems appropriate.

Dated: June 2, 2014　　　　　　　　　　　　Elizabeth C. Berg, as trustee of the estate of
　　　　　　　　　　　　　　　　　　　　　　Bohr Roofing, Inc., Debtor

　　　　　　　　　　　　　　　　　　　　By:____/s/ Elizabeth C. Berg_____
　　　　　　　　　　　　　　　　　　　　　　　Elizabeth C. Berg

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street, Ste. 200
Chicago, IL 60602
312.726.8150

4

**Popowcer Katten** **Bohr Roofing, Inc., debtor**
**Final Fee Application** **Case No. 13-04029**

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-04029 |
| Bohr Roofing, Inc. | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**Order Authorizing Trustee to Employ Accountants**

THIS CAUSE comes before this Court on the Trustee's Application to Employ Accountants and the supporting affidavit of Lois West; due and proper notice having been given; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Elizabeth C. Berg, as trustee of the bankruptcy estate of Bohr Roofing, Inc., debtor, is authorized to employ Lois West and the accounting firm of Popowcer Katten, Ltd. to act as accountants for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court, only upon further application.

Enter:  *Carol Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: February 21, 2013

**Prepared by:**

Elizabeth C. Berg
Attorney ID No. 6200886
Baldi Berg & Wallace, Ltd.
19 South LaSalle Street, Suite 1500
Chicago, IL 60603
(312) 726-8150

**Billing Statements**

**Exhibit B**

**Invoice No. 26818**



**POPOWCER KATTEN, LTD.**
CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2124
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Bohr Roofing, Inc. (13-04029)
- c/o Elizabeth C. Berg, Trustee
- Baldi, Berg & Wallace
- 20 N. Clark, Suite 200
- Chicago, IL 60602

**Date:** December 12, 2013        **Account No.:** BER1018L

For Professional Services Rendered:

For accounting and tax services rendered for the period October 10, 2013 through October 29, 2013 including preparation of federal and state corporate income tax returns for the year ended December 31, 2012 and final year ended October 31, 2013 including preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|         | Title                 | Hours | Rate   | Amount     |
|---------|-----------------------|-------|--------|------------|
| L. West | Bankruptcy Specialist | 8.9   | $ 240. | $ 2,136.00 |
|         | Total due:            | 8.9   |        | $ 2,136.00 |

Time Sort by Date

**ACCOUNTING & TAX SERVICES**

| Date | Description | Time | Professional | Rate | Amount |
|---|---|---|---|---|---|
| 10/10/2013 | Tax Return Preparation - Review documents received from trustee - corporate return for 2011, trial balance for 12/31/12 and trustee's 2013 activity. | 0.5 | L. West | $240 | 120.00 |
| 10/22/2013 | Tax Return Preparation - Prepare workpapers and federal and state corporate returns for 12/31/12. Summarize debtor's trial balance for presentation within tax returns. Set up into tax software. | 2.5 | L. West | $240 | 600.00 |
| 10/23/2013 | Tax Return Preparation - Finalize returns for 12/31/12 and prepare workpapers for 10/31/13 final year. Summarize debtor's trial balance at 2/14/13 for presentation within tax return. Set up trial balance for 10/31/13 year end and post entries for debtor activity and trustee activity. | 3.0 | L. West | $240 | 720.00 |
| 10/25/2013 | Tax Return Preparation - Prepare federal and state corporate returns for 10/31/13 - forms 1120 and IL-1120. Prepare transmittal letters, 505(b) letters and forms 8821 and IL-2848. | 2.5 | L. West | $240 | 600.00 |
| 10/29/2013 | Tax Review - Final review - check assembly and sign corporate income tax returns for 2012 and 2013 forms 1120 and IL-1120. | 0.4 | L. West | $240 | 96.00 |
| | Total | 8.9 | | | 2,136.00 |

**Popowcer Katten** **Bohr Roofing, Inc., debtor**
**Final Fee Application** **Case No. 13-04029**

**Rule 2016 Affidavit**

**Exhibit C**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Bohr Roofing, Inc., | ) | Case No. 13-04029 |
| | ) | (Kane County) |
| Debtor. | ) | Hon. Donald R. Cassling |

**Rule 2016 Affidavit**

State of Illinois   )
County of Cook   )

I, Lois West, being first duly sworn upon oath, do depose and state as follows:

1. I am a certified public accountant licensed by the State of Illinois and a manager in the Corporate Recovery Services department at the accounting firm of Popowcer Katten, Ltd. The matters set forth herein are true and correct to the best of my knowledge and belief.

2. I have read the First and Final Application for Allowance and Payment of Compensation of Popowcer Katten, Ltd., Accountants for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Popowcer Katten, Ltd. has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3. Popowcer Katten, Ltd. has not previously received payment of any compensation for services rendered in connection with this case. Popowcer Katten, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Popowcer Katten, Ltd.

4. Further affiant sayeth naught.

_/s/ Lois West_
Lois West

Subscribed and Sworn to before me
this 3rd day of June, 2014

_/s/ Judith A. Hughes_
Notary Public

OFFICIAL SEAL
JUDITH A HUGHES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/02/16