# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
  §
BOHR ROOFING, INC. §   Case No. 13-04029
  §
　　　　Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　　　Mr. Jeffrey P. Allsteadt
　　　　　　Clerk of the U.S. Bankruptcy Court
　　　　　　219 S. Dearborn Street
　　　　　　7th Floor
　　　　　　Chicago   IL   60604

　　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
　　　　　　10:30 a.m.
　　　　　　on August 29, 2014
　　　　　　in Courtroom 240 of the Kane County Courthouse
　　　　　　100 South 3rd Street, Geneva, Illinois

　　If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____　　　　　　By: Jeffrey P. Allsteadt_____

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
BOHR ROOFING, INC. § Case No. 13-04029
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 21,995.64 |
| and approved disbursements of | $ | 1,320.23 |
| leaving a balance on hand of[1] | $ | 20,675.41 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Elizabeth C. Berg | $ 2,946.56 | $ 0.00 | $ 2,946.56 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 5,957.00 | $ 0.00 | $ 5,957.00 |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ 18.46 | $ 0.00 | $ 18.46 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 2,136.00 | $ 0.00 | $ 2,136.00 |
| Other: Nicor Gas | $ 272.92 | $ 272.92 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 11,058.02 |
| Remaining Balance | | | $ 9,617.39 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 183,662.62  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Roofers Pension Fund | $ 183,115.00 | $ 0.00 | $ 9,617.39 |
| 000002A | Illinois Department of Employment | $ 547.62 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | | $ 9,617.39 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By:  /s/Elizabeth C. Berg


*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-04029-DRC
Bohr Roofing, Inc.                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: cmendoza1              Page 1 of 1                  Date Rcvd: Aug 01, 2014
                              Form ID: pdf006              Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2014.
db           +Bohr Roofing, Inc.,    417 Locust Street,    Batavia, IL 60510-2737
19994133     +Chase Bank,    Attn: Richard Talmon,    PO Box 29550,    Phoenix, AZ 85038-9550
19994134     +DEX,   PO Box 9001401,    Louisville, KY 40290-1401
22100039     +Illinois Department of Employment Security,     33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
19994135     +JP Morgan Chase Bank,    PO Box 29550,    Phoenix, AZ 85038-9550
19994136     +Librado Arreola,    Asher, Gittler & D'Alba, Ltd.,     200 W. Jackson Blvd, Suite 1900,
               Chicago, IL 60606-6942
19994137     +McConnaughay Properties,    PO Box 348,    Geneva, IL 60134-0348
19994139     +Nicor,   PO Box 5407,    Carol Stream, IL 60197-5407
19994140     +Roofers Pension Fund,    Librado Arreola,    Asher Gittler & D'Alba Ltd,
               200 W Jackson Blvd Ste 1900,    Chicago, IL 60606-6942

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19994138*     +McConnaughay Properties,   PO Box 348,    Geneva, IL 60134-0348
aty         ##+Baldi Berg & Wallace, Ltd,   19 S LaSalle St.,,    Suite 1500,    Chicago, IL 60603-1413
                                                                                      TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2014 at the address(es) listed below:
          Elizabeth C Berg    on behalf of Attorney    Baldi Berg, Ltd. bergtrustee@baldiberg.com,
           eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
          Elizabeth C Berg    bergtrustee@baldiberg.com,    eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
          Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
          Elizabeth C Berg    on behalf of Accountant    Popowcer Katten Ltd. bergtrustee@baldiberg.com,
           eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
          Joshua D. Greene    on behalf of Debtor    Bohr Roofing, Inc. jgreene@davisgreenelaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6