# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
BOHR ROOFING, INC.                        §        Case No. 13-04029
                                          §
            Debtor(s)                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, Ch. 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                         Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:         Claims Discharged
                                          Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on          .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Elizabeth C. Berg, Ch. 7 Trustee _____
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2002 GMC Sierra C1500 Pickup | 1129-000 | 750.00 |
| 1994 GMC B7T042 Dump Truck | 1129-000 | 4,000.00 |
| 1997 GMC Sierra C3500 Dump Truck | 1129-000 | 2,750.00 |
| 1998 EZ Dumper Dump Trailer | 1129-000 | 1,000.00 |
| 1996 Dodge Ram 1500 | 1129-000 | 750.00 |
| 1985 GMC C6500 C7D042 Dump Truck | 1129-000 | 500.00 |
| 1990 GMC Topkick C6H042 Truck | 1129-000 | 2,750.00 |
| 1986 GMC C3500 Stake Truck | 1129-000 | 250.00 |
| 2008 GMC Sierra K1500 Pickup | 1129-000 | 8,250.00 |
| Insurance Refund | 1229-000 | 962.94 |
| Interest from State Under Prompt Payment Act | 1290-000 | 32.70 |
| TOTAL GROSS RECEIPTS | | $21,995.64 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JP Morgan Chase Bank PO Box 29550 Phoenix, AZ 85038 | | | | | |
| | JPMORGAN CHASE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG | | | | | |
| NICOR | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BALDI BERG | | | | | |
| BALDI BERG | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | ROOFERS PENSION FUND | | | | | |
| 000002A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000003A | IRS | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DEX PO Box 9001401 Louisville, KY 40290 | | | | | |
| | McConnaughay Properties PO Box 348 Geneva, IL 60134 | | | | | |
| | Nicor PO Box 5407 Carol Stream, IL 60197 | | | | | |
| 000003B | IRS | | | | | |
| 000002B | IDES | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - BOHR ROOFING, INC

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:      1

**Exhibit 8**

| Case No: | 13-04029 | DRC | Judge: DONALD R. CASSLING | | Trustee Name: | Elizabeth C. Berg, Ch. 7 Trustee |
|---|---|---|---|---|---|---|

Case Name:    BOHR ROOFING, INC.

Date Filed (f) or Converted (c):    02/01/13 (f)

341(a) Meeting Date:    03/11/13

For Period Ending:  10/14/14

Claims Bar Date:    06/13/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Checking Account at Chase Bank<br>    Asset subject to blanket lien of secured lender, JPMorgan Chase | 1,041.49 | 0.00 | | 0.00 | FA |
| 2. Checking account at Castle Bank<br>    Asset subject to blanket lien of secured lender, JPMorgan Chase | 6.00 | 0.00 | | 0.00 | FA |
| 3. Accounts Receivable<br>    Asset subject to blanket lien of secured lender, JPMorgan Chase | 6,582.43 | 0.00 | | 0.00 | FA |
| 4. 2002 GMC Sierra C1500 Pickup | 1,500.00 | 750.00 | | 750.00 | FA |
| 5. 1994 GMC B7T042 Dump Truck | 8,000.00 | 4,000.00 | | 4,000.00 | FA |
| 6. 1997 GMC Sierra C3500 Dump Truck | 5,500.00 | 2,750.00 | | 2,750.00 | FA |
| 7. 1998 EZ Dumper Dump Trailer | 2,000.00 | 1,000.00 | | 1,000.00 | FA |
| 8. 1996 Dodge Ram 1500 | 1,500.00 | 750.00 | | 750.00 | FA |
| 9. 1985 GMC C6500 C7D042 Dump Truck | 1,000.00 | 500.00 | | 500.00 | FA |
| 10. 1990 GMC Topkick C6H042 Truck | 4,500.00 | 2,750.00 | | 2,750.00 | FA |
| 11. 1986 GMC C3500 Stake Truck | 500.00 | 250.00 | | 250.00 | FA |
| 12. 2008 GMC Sierra K1500 Pickup | 15,000.00 | 8,250.00 | | 8,250.00 | FA |

FORM 1 - BOHR ROOFING, INC
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   2

Exhibit 8

| Case No: | 13-04029 | DRC | Judge: DONALD R. CASSLING |
|---|---|---|---|
| Case Name: | BOHR ROOFING, INC. | | |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Ch. 7 Trustee |
| Date Filed (f) or Converted (c): | 02/01/13 (f) |
| 341(a) Meeting Date: | 03/11/13 |
| Claims Bar Date: | 06/13/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13. Various machinery including 2 fork trucks, air com <br> Asset subject to blanket lien of secured lender, JPMorgan Chase | 15,000.00 | 0.00 | | 0.00 | FA |
| 14. Inventory on hand | 2,000.00 | 0.00 | | 0.00 | FA |
| 15. Insurance Refund (u) <br> Asset subject to blanket lien of secured lender, JPMorgan Chase | 0.00 | 0.00 | | 962.94 | FA |
| 16. Interest from State Under Prompt Payment Act (u) <br> Interest penalty for Invoice #5814 dated 9/17/12 | Unknown | 32.70 | | 32.70 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $64,129.92 | $21,032.70 | | $21,995.64 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee analyzed position of Debtor's secured creditor and determined lien unperfected as to vehicles; sold fleet of

vehicles to son of principal pursuant to court order and collected $21,000 in proceeds. Trustee rejected lease and

abandoned remainder of personal property. Reviewed claims, prepared tax returns, and distributed funds. Once all the

distributions checks clear, Trustee will prepare and file her TDR and the case will closed shortly thereafter.

Initial Projected Date of Final Report (TFR): 03/31/14       Current Projected Date of Final Report (TFR): 03/31/14

FORM 1 - BOHR ROOFING, INC.

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 13-04029    DRC    Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C. Berg, Ch. 7 Trustee |
| Case Name: | BOHR ROOFING, INC. | Date Filed (f) or Converted (c): | 02/01/13 (f) |
| | | 341(a) Meeting Date: | 03/11/13 |
| | | Claims Bar Date: | 06/13/13 |

/s/    Elizabeth C. Berg, Ch. 7 Trustee

_____ Date: 10/14/14

ELIZABETH C. BERG, CH. 7 TRUSTEE

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 13-04029  -DRC |
| Case Name: | BOHR ROOFING, INC. |
| Taxpayer ID No: | *******4901 |
| For Period Ending: | 10/14/14 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Ch. 7 Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******5943  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 20,675.41 | | 20,675.41 |
| 09/02/14 | 005001 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Attorney for TR Fees (TR Firm) | 3110-000 | | 5,957.00 | 14,718.41 |
| 09/02/14 | 005002 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street  #200<br>Chicago  IL  60602 | Trustee Compensation | 2100-000 | | 2,946.56 | 11,771.85 |
| 09/02/14 | 005003 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago  IL  60601 | TR Accountant Fees | 3410-000 | | 2,136.00 | 9,635.85 |
| 09/02/14 | 005004 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Attorney for TR Expenses (TR Firm) | 3120-000 | | 18.46 | 9,617.39 |
| 09/02/14 | 005005 | Roofers Pension Fund<br>Librado Arreola<br>Asher Gittler & D'Alba Ltd<br>200 W Jackson Blvd Ste 1900<br>Chicago, IL 60606 | Claim 000001, Payment 5.25210% | 5400-000 | | 9,617.39 | 0.00 |
| | | | Page Subtotals | | 20,675.41 | 20,675.41 | |

Ver: 18.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 13-04029 -DRC | |
| Case Name: | BOHR ROOFING, INC. | |
| | | |
| Taxpayer ID No: | *******4901 | |
| For Period Ending: | 10/14/14 | |

| | | |
|---|---|---|
| Trustee Name: | Elizabeth C. Berg, Ch. 7 Trustee | |
| Bank Name: | Associated Bank | |
| Account Number / CD #: | *******5943  Checking Account | |
| | | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 20,675.41 | 20,675.41 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 20,675.41 | 0.00 | |
| | | | Subtotal | | 0.00 | 20,675.41 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 20,675.41 | |

Page Subtotals                0.00                0.00

Ver: 18.01

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:     13-04029  -DRC
Case Name:   BOHR ROOFING, INC.

Taxpayer ID No:  *******4901
For Period Ending:  10/14/14

Trustee Name:      Elizabeth C. Berg, Ch. 7 Trustee
Bank Name:         Congressional Bank
Account Number / CD #:   *******0221  Checking Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/05/13 | 5 | Justin & Jenae Bohr<br>219 Delia Street<br>Batavia  IL  60510 | Sale Proceeds - Vehicles | 1129-000 | 3,000.00 | | 3,000.00 |
| 03/05/13 | * NOTE * | BMO Harris Bank, N.A.<br>Chicago, IL | Sale Proceeds - Vehicles<br>* NOTE *  Properties 4, 5, 6, 7, 8, 9, 10, 11, 12 | 1129-000 | 18,000.00 | | 21,000.00 |
| 03/28/13 | 15 | AMCO Insurance Compnay<br>c/o A.F. Chrissie & Company, Agent<br>700 Higgins Road   Suite 320<br>Des Plaines, IL | Insurance Refund | 1229-000 | 962.94 | | 21,962.94 |
| 03/29/13 | 001001 | c/o: Richard W. Talmon<br>JP Morgan Chase Bank, NA<br>201 N. Central Avenue, Floor 7, AZ1-1004<br>Phoenix, AZ 85004-0073 | Lien on Machinary, etc<br>FBO Bohr Roofing, Inc - Account Ending in 50004 | 4220-000 | | 962.94 | 21,000.00 |
| 04/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Mar 13 | 2600-000 | | 18.80 | 20,981.20 |
| 05/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Apr 13<br>Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 | | 21.80 | 20,959.40 |

Page Subtotals          21,962.94          1,003.54

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-04029  -DRC |
| Case Name: | BOHR ROOFING, INC. |

| Taxpayer ID No: | *******4901 |
| For Period Ending: | 10/14/14 |

| Trustee Name: | Elizabeth C. Berg, Ch. 7 Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******0221  Checking Account |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/04/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - May 13 | 2600-000 | | 22.26 | 20,937.14 |
| 07/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - June 13 | 2600-000 | | 21.51 | 20,915.63 |
| 10/02/13 | 16 | State of Illinois<br>Judy Barr Topinka, Comptroller | Prompt Payment Interest Penalty | 1290-000 | 32.70 | | 20,948.33 |
| 10/04/13 | 001002 | Nicor Gas<br>P.O. Box 5407<br>Carol Stream  IL  60197 | 1/2 Payment of Nicor Bill<br>Order dated October 3, 2013, authorizing Trustee to pay 1/2 of Nicor Bill | 2420-000 | | 272.92 | 20,675.41 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 20,675.41 | 0.00 |

| | Page Subtotals | 32.70 | 20,992.10 |

Ver: 18.01

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-04029  -DRC | Trustee Name: | Elizabeth C. Berg, Ch. 7 Trustee |
|---|---|---|---|
| Case Name: | BOHR ROOFING, INC. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0221  Checking Account |
| Taxpayer ID No: | *******4901 | | |
| For Period Ending: | 10/14/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 21,995.64 | 21,995.64 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 20,675.41 | |
| | | | Subtotal | | 21,995.64 | 1,320.23 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 21,995.64 | 1,320.23 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********5943 | 0.00 | 20,675.41 | 0.00 |
| Checking Account - ********0221 | 21,995.64 | 1,320.23 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 21,995.64 | 21,995.64 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                    0.00

Ver: 18.01